

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2021

**MEMO ENDORSED**

August 31, 2021

<u>VIA ECF</u>

Hon. Judge Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Wednesday, September 8, 2021 at 11:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, October 19, 2021 at 11:45 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
08/31/2021

Re:  Quezada v. Milky Way International Trading Corporation
     Case No. 1:21-cv-04984-ALC-KHP

Dear Judge Parker,

The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for September 8, 2021. Plaintiff's Counsel observes the Holiday of Rosh Hashana and therefore will not be able to attend. Plaintiff is requesting on consent, an adjournment of the conference and suggests October 19, 2021, October 20, 2021, and October 21, 2021, as alternatives dates to hold the conference.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq.,

