USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSE QUEZADA,**<br><br>                              **Plaintiff,**<br><br>           -against-<br><br>**MILKY WAY INTERNATIONAL TRADING CORPORATION,**<br><br>                              **Defendant.** | **21-cv-4984 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    January 25, 2022
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**