USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/28/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――― x
JOSE QUEZADA, Individually, and On Behalf :
of All Others Similarly Situated,
                                         :
                    Plaintiff,           :   Case No. 1:21-cv-04984-ALC-KHP
                                         :
    vs.                                  :
                                         :   **STIPULATION OF DISMISSAL AND**
MILKY WAY INTERNATIONAL TRADING :            **ORDER**
CORPORATION,                             :
                    Defendant.           :
                                         :
                                         :
                                         :
―――――――――――――――――――――― x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  February 9, 2022              **MIZRAHI KROUB LLP**

                                      [signature]

                                      EDWARD Y. KROUB
                                      JARRETT S. CHARO
                                      WILLIAM J. DOWNES
                                      200 Vesey Street, 24th Floor
                                      New York, NY  10281
                                      Telephone:  212/595-6200
                                      212/595-9700 (fax)
                                      jcharo@mizrahikroub.com
                                      ekroub@mizrahikroub.com
                                      wdownes@mizrahikroub.com

                                      *Attorneys for Plaintiff*

DATED: February 9, 2022                    ANSELL GRIMM & AARON, PC

*[signature]*
SETH MICHAEL ROSENSTEIN (SR-1452)

Seth Michael Rosenstein
365 Rifle Camp Road
Woodland Park, NJ 07424
973-247-9000
Fax: 973-247-9199
Email: smr@ansellgrimm.com

*Attorney for Defendant*

SO ORDERED: *[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
**February 28, 2022**